IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-40573
_____

ERICA McINTOSH,

Plaintiff-Appellee,

versus

BAPTIST HOSPITAL OF SOUTHEAST TEXAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Eastern District of Texas
(1:98-CV-15)
_____

July 12, 2000

Before REYNALDO G. GARZA, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.